KATHY WEYDIG ET AL. *v.* ANDREW LA BELLA ET AL.
(10586)

FOTI, HEIMAN and FREEDMAN, Js.

Argued December 1—decision released December 22, 1992

*Cheryl L. Hoppenstein,* pro se, the appellant (defendant), filed a brief.

*Valerie Boylan,* with whom was *Frank A. Johnson,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.